JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD., <br><br> Petitioner, <br><br> vs. <br><br> TRILLER PLATFORM CO. f/k/a TRILLER, INC., <br><br> Respondent. | Case No. 2:24-cv-00261-MCS-MAA <br><br> **JUDGMENT** |

The Court, having considered Petitioner Samsung Electronics Co., Ltd.'s ("Samsung") Motion to Confirm Foreign Arbitration Award and Amended Petition to Confirm Foreign Arbitration Award, hereby orders, adjudges, and decrees as follows:

Judgment is entered in favor of Samsung and against Respondent Triller Platform Co. f/k/a Triller, Inc. ("Triller") as follows:

1. Judgment on Samsung's Petition to Confirm Foreign Arbitration Award under the 1958 Convention on the Recognition and Enforcement of Foreign Arbitral Awards (as amended on March 6, 2024) is entered in favor of Samsung, and against Triller.

2. The July 1, 2023 Final Award in favor of Samsung and against Triller from the International Chamber of Commerce Court of Arbitration in the arbitration captioned *Samsung Electronics Co., Ltd., v. Triller, Inc.*, ICC Case No. 27112/XZG (filed July 1, 2022) (the "Final Award") is confirmed.

3. Triller breached the Parties' Mobile Application Collaboration Agreement by failing to pay the total principal amount of $1,811,383.21 that was due for installations of the Triller App on Samsung devices for the period of April to September 2021.

4. Triller is ordered to pay Samsung, and judgment is entered on, the principal amount of $1,811,383.21, plus $405,555.46 in pre-award interest accrued as of the Final Award. Post-award simple interest has been accruing on any unpaid principal award at the rate of 1% per month since the date of entry of the Final Award. Post-award simple interest shall continue to accrue on the unpaid principal award at this rate until the date of entry of judgment, and becomes part of this judgment.

5. Triller is ordered to pay Samsung, and judgment will be entered on, KRW 151,910,935.00 ($109,907.17 USD at the exchange rate of April 19, 2024) in arbitration fees and costs, and $75,000.00 in arbitration costs.

/ / /

6. Postjudgment interest shall accrue on the entire judgment upon entry of this judgment pursuant to 28 U.S.C. § 1961 until the day of full payment.

7. Samsung is a prevailing party entitled to recover against Triller its reasonable costs incurred in connection with this action.

8. This Court shall retain jurisdiction over the matter and this action for any further or supplemental proceedings as may be necessary for purposes of enforcing the Final Award, this judgment, and any further awards, judgments, or orders which may be obtained.

Dated: May 30, 2024

MARK C. SCARSI
UNITED STATES DISTRICT COURT