STEPHEN J. SHUMLAS –CSB No. 317448
GREENBAUM LAW GROUP LLP
160 Newport Center Drive, Suite 110
Telephone: (949) 760-1400
Facsimile: (949) 760-1300

Attorneys for Plaintiff,
SAMSUNG ELECTRONICS CO., LTD.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>TRILLER PLATFORM CO. f/k/a TRILLER, INC.,<br><br>Defendants. | Case No. 2:24-cv-00261-CAS-MAAx<br>THE HONORABLE CHRISTINA A. SNYDER<br>Courtroom 8D<br><br>JUDGMENT ADDING TRILLER GROUP, INC. AS ADDITIONAL JUDGMENT DEBTOR<br><br>Date: September 14, 2026<br>Time: 10:00 a.m.<br>Place: Room 8D (by Zoom) |

The Notice of Motion and Motion to Add Judgment Debtor (the “Motion”), Dkt. 76, of Plaintiff SAMSUNG ELECTRONICS CO., LTD. (“Plaintiff”) came on regularly for hearing on September 14, 2026, by Zoom videoconference, before the Honorable Christina A. Snyder, United States District Judge. Stephen J. Shumlas of Greenbaum Law Group LLP appeared on behalf of Plaintiff. Triller Group Inc., having been duly served with the Motion, failed to file an opposition or to appear at the hearing, and no appearance was made by or on behalf of Defendant Triller Platform Co. f/k/a Triller, Inc. The Court, having considered the Motion, the Declaration of Stephen J. Shumlas and the exhibits thereto, and all other papers, records, and pleadings on file herein, and having conferred with Plaintiff’s counsel on the record, **GRANTS** the Motion. Accordingly, the Court finds, orders, adjudges, and decrees as follows:

## I. FINDINGS

A. On May 30, 2024, this Court entered judgment in this action (the "Judgment") in favor of Plaintiff and against Defendant Triller Platform Co. f/k/a Triller, Inc. in the principal amount of $1,811,383.21, plus pre-award interest of $405,555.46, arbitration fees of KRW 151,910,935.00, and arbitration costs of $75,000.00, for a total judgment of **$2,291,938.67 plus KRW 151,910,935.00**, plus post-judgment interest pursuant to 28 U.S.C. § 1961. Dkt. 28.

B. Triller Group Inc. was duly served with the Motion and all supporting papers, Dkt. 77, and failed to file an opposition to the Motion or to appear at the hearing, either on its own behalf or through counsel.

C. Pursuant to Federal Rule of Civil Procedure 69(a) and California Code of Civil Procedure § 187, this Court has the equitable power to amend a judgment to add a judgment debtor.

D. Triller Group Inc. has publicly admitted, in its Annual Report for the year ended December 31, 2025, filed with the Securities and Exchange Commission on April 14, 2026, that it assumed the liabilities of the original judgment debtor, specifically identifying the Samsung arbitration award and judgment. See Dkt. 76-1.

E. Good cause appearing, the addition of Triller Group Inc. as a judgment debtor is necessary to prevent manifest injustice and to insert the correct name of the real defendant in the Judgment.

## II. JUDGMENT

Based upon the foregoing, and good cause appearing therefor, **IT IS ORDERED, ADJUDGED AND DECREED** as follows:

A. Plaintiff's Motion to Add Judgment Debtor is **GRANTED**.

B. The Judgment entered by this Court on May 30, 2024, Dkt. 28, is hereby amended to add **TRILLER GROUP INC.** as an additional judgment debtor.

C. Judgment is entered in favor of Plaintiff **SAMSUNG ELECTRONICS CO., LTD.** and against each of the following judgment debtors: (1) **TRILLER LATFORM CO. f/k/a TRILLER, INC.**; and (2) **TRILLER GROUP INC.**

D. Plaintiff may enforce the Judgment, as amended, against **TRILLER GROUP INC.** and its assets to the same extent as against **TRILLER PLATFORM CO. f/k/a TRILLER, INC.**

E. Except as expressly amended herein, the Judgment entered on May 30, 2024, Dkt. 28, remains in full force and effect.

**IT IS SO ORDERED.**

Dated: October 6, 2026

**HON. CHRISTINA A. SNYDER**
**UNITED STATES DISTRICT JUDGE**